

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00595-CV

Timothy L. **BEATTY**,
Appellant

v.

**THE PALMS APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04587
Honorable Tommy Stolhandske, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED January 2, 2019.

_____
Luz Elena D. Chapa, Justice